In The



Court of Appeals



Ninth District of Texas at Beaumont



____________________



NO. 09-03-036 CV


____________________



CHRISTA NASH d/b/a CLUB FOXY, Appellant



V.



ORANGE COUNTY, TEXAS, Appellee






On Appeal from the County Court


Orange County, Texas


Trial Cause No. 2820






MEMORANDUM OPINION (1)


 The notice of appeal seeks to appeal an order from the county court that denied an
application for a wine and beer retailer's permit. The order is appealable to the district
court, not the Court of Appeals. See Tex. Alco. Bev. Code Ann. § 61.34 (Vernon
1994). On February 6, 2003, we informed the parties that the appeal would be dismissed
for lack of jurisdiction pursuant to Rule 42.3 of the Texas Rules of Appellate Procedure. 
We received no response. Our jurisdiction is not apparent from the record of this appeal.

 This appeal is dismissed.

 APPEAL DISMISSED. 

 PER CURIAM


Opinion Delivered March 27, 2003

Before McKeithen, C.J., Burgess and Gaultney, JJ.
1. Tex. R. App. P. 47.4.